```
 1  Leo F. Donahue, Esq. - SB#114484
    LEO F. DONAHUE, INC.
 2  11344 Coloma Road, Suite 160
    Gold River, California 95670
 3  Tel: (916) 859-5999
    Fax: (916) 859-5984
 4
 5  Attorney for Plaintiff
    JULIE NANCE
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  JULIE NANCE,                  )   CASE NO. 05-CV-00104-RRB-DAD
                                  )
12          Plaintiff,            )   STIPULATION AND ORDER OF
                                  )   DISMISSAL
13  v.                            )
                                  )
14  COMPASS GROUP USA, INC.; a    )
    Delaware Corporation; and     )
15  DOES 1 through 100,           )
    inclusive,                    )
16                                )
            Defendants.           )
17                                )
    _____ )
18
19
20       IT IS STIPULATED between the parties and the court may order
21  that:
22       1.   The parties have come to a full settlement
23   of all issues concerning the complaint which has been
24  memorialized in a Settlement Agreement and Release of All Claims;
25  and,
26       2.   The case, in its entirety, may be dismissed with
27  prejudice.
28  ///
```

STIPULATION AND ORDER OF DISMISSAL          1                         jn007.pld

```
 1  Dated: December 8, 2005        LEO F. DONAHUE, INC.
 2
 3                                  s/ Leo F. Donahue
                                    Leo F, Donahue, Esq.
 4                                  LEO F. DONAHUE, INC.
                                    Attorney for Plaintiff
 5                                  JULIE NANCE

 6  Dated: December 8, 2005         COMPASS GROUP USA, INC.
 7
 8                                  s/ Jonathan M. Cohen
                                    Jonathan M. Cohen, Esq.
 9                                  Attorney for COMPASS GROUP
                                    USA, INC.
10
11
12       IT IS SO ORDERED.
13
14  Dated: 12/8/2005
15
16                                  _____/s/_____
                                    RALPH R. BEISTLINE
17                                  UNITED STATES DISTRICT COURT JUDGE
18
```

**STIPULATION AND ORDER OF DISMISSAL**   2                                    jn007.pld